**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **TCC WIRELESS, LLC, a Delaware limited liability company,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**KENNETH SILLER, an individual,**<br><br>**Defendant.** | **Case No. 2019 CH 10028** |

**NOTICE OF REMOVAL OF ACTION**

Pursuant to 28 U.S.C § 1332(a), § 1441 and § 1446, Defendant, Kenneth Siller, hereby removes the state court action captioned *TCC Wireless, LLC v. Kenneth Siller*, Case No. 2019-CH-10028, filed in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, with full reservation of all rights, remedies, claims and defenses, to the U.S. District Court for the Northern District of Illinois. In support of this Notice of Removal, Defendant states as follows:

1. On August 29, 2019, Plaintiff commenced this action against Defendant in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, Case No. 2019-CH-10028, captioned *TCC Wireless, LLC v. Kenneth Siller* (the "State Court Action"), by filing a Verified Complaint for Injunctive and Other Relief, Notice of Emergency Motion, Verified Emergency Motion for TRO and Preliminary Injunction, Memorandum in Support of Verified Emergency Motion for TRO and Preliminary Injunction. The filings are attached to this Notice of Removal as **Exhibit A**.

2. Defendant received notice of the State Court Action on August 29, 2019.

3. The Honorable Anna Loftus, the judge presiding over the State Court Action, set a hearing date for Wednesday, September 4, 2019 at 1:30 p.m. for presentment of the Verified Motion for TRO and Preliminary Injunction.

4. Defendant has not yet responded to Plaintiff's Emergency Motion or answered the Verified Complaint in the State Court Action.

5. Pursuant to 28 U.S.C. § 1446(a), Defendant now files this Notice of Removal of the State Court Action to the U.S. District Court for the Northern District of Illinois.

6. Defendant is entitled to remove the State Court Action to this Court pursuant to 28 U.S.C. § 1332(a) and § 1441(b), because (1) complete diversity of citizenship exists between Plaintiff and Defendant, and (2) the alleged amount in controversy exceeds $75,000, exclusive of costs and interests.

7. Plaintiff is a Delaware limited liability company with its principal place of business in Illinois. Plaintiff alleges in its Complaint that it is a citizen of Illinois. On information and belief, all of Plaintiff's members/owners are citizens of Illinois.

8. Defendant is an individual person who is a citizen of the state of New York.

9. Furthermore, pursuant to 28 U.S.C § 1446(b), this case is timely removed to the U.S. District Court for the Northern District of Illinois and all of the procedural requirements for removal are satisfied.

10. Specifically, pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely filed, as it is filed within 30 days after Defendant's receipt of the initial pleadings.

11. Additionally, attached to this Notice of Removal is a copy of all process, pleadings, and other orders served on Defendant. See **Exhibit A.**

12. Pursuant to 28 U.S.C. § 1446(d), promptly upon filing of this Notice of Removal, Defendant will provide written notice of this removal to Plaintiff and the Clerk of the Court of Circuit Court of Cook County, Illinois, County Department, Chancery Division.

13. If any question arises as to the propriety of the removal of this action, Defendant requests the opportunity to brief any disputed issues and present oral argument in support of its position that the case is properly removable. Defendant further reserves the right to supplement this Notice of Removal and present additional arguments in support of its entitlement to Removal.

14. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendant's right to assert any defense, counter-claims, motions or affirmative matter, including without limitation, the defenses of (1) lack of jurisdiction over the person; (2) improper venue; (3) insufficiency of process, (4) insufficiency of service of process; (5) failure state a claim; or (6) any other procedural or substantive defense available under state or federal law. Further, no admission of fact, law, or liability is intended by this Notice of Removal.

**Wherefore**, for the reasons fully set forth herein, the case now pending in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, Case No 2019-CH-10028, captioned *TCC Wireless, LLC v. Kenneth Siller*, is hereby removed to the United States District Court of the Northern District of Illinois.

Dated: September 3, 2019

Respectfully Submitted,

**KENNETH SILLER**

*/s/ James L. Komie*
One of his Attorneys

James L. Komie (ARDC No. 6198089)
Christopher L. Schaeffer (ARDC No. 6321448)
Howard & Howard Attorneys PLLC
200 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 372-4000
Fax: (312) 939-5617
FIRM No. 46359
jkomie@howardandhoward.com
cschaeffer@howardandhoward.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 3, 2019 he filed the foregoing Notice and the document(s) to which it refers with the Clerk of this Court, and served a copy of such filing to all parties of record registered to receive such notice in this case.

*/s/ James L. Komie*

4839-4599-9011, v. 1